ROBERT E. O'KEEFE v. J. T. ROBISON, COMMISSIONER OF THE GENERAL LAND OFFICE.

No. 4797.   Decided October 26, 1927.
(299 S. W., 213).

*Robert E. O'Keefe* and *Reeder & Reeder,* for relator.

*Claude Pollard,* Attorney-General, and *C. W. Truehart,* Assistant, for respondent.

MR. PRESIDING JUDGE HARVEY delivered the opinion of the Commission of Appeals, Section A.

This is a companion case to No. 966-4796, styled Robert E. O'Keefe v. J. T. Robison, Commissioner, this day decided. For the

reasons stated in our opinion in that case, which also are applicable to this case, we recommend that relator's petition for mandamus herein be dismissed.

The opinion of the Commission of Appeals is adopted, and the application for mandamus dismissed.

C. M. Cureton, Chief Justice.